UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | No. 1:23-CR-00044-DAE-1 |
| *Plaintiff*, | § | |
| vs. | § | |
| JOHN MELGAR, | § | |
| *Defendant*. | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is a Report and Recommendation ("Report") filed by U.S. Magistrate Judge Susan Hightower. (Dkt. # 74.) No objections to the Report and Recommendation were filed.

Pursuant to Local Rule CV-7(h), the Court finds this matter suitable for disposition without a hearing. After reviewing the Report and the information contained in the record, the Court **ADOPTS** the Recommendation and **DENIES** Defendant's Motion to Accept Late Filed Notice of Appeal (Dkt. # 69).

BACKGROUND

The District Court entered final judgment in this case on March 7, 2025. (Dkt. # 66.) Twenty-eight days later, on April 4, 2025, Defendant filed a Notice of Appeal (Dkt. # 68), Motion to Accept Late Filed Notice of Appeal (Dkt.

1

# 69), and Motion to Appoint Counsel for Appeal (Dkt. # 70). Defense counsel then filed a Motion for Leave of Court to File Notice of Appeal and Motion to Withdraw as Counsel and for Appointment of Counsel on Appeal (Dkt. # 71).

On August 28, 2025, Judge Hightower granted counsel's motion to withdraw, appointed appellate counsel to represent Defendant, and ordered Defendant to file an amended motion for leave to file a late notice of appeal by October 10, 2025, stating all facts and arguments relevant to any finding of excusable neglect or good cause. (Dkt. # 73 at 1–2.) The Magistrate Judge warned Defendant that if he failed to comply with the Order, his Motion to Accept Late Filed Notice of Appeal would be denied. Id. Defendant has not filed an amended motion or otherwise complied with the Order.

Judge Hightower issued her Report and Recommendation on October 22, 2025 recommending that the Court deny Defendant's Motion to Accept Late Filed Notice of Appeal. (Dkt. # 74.) Twenty-six days have passed since the Report was electronically mailed to Defendant's counsel, and Defendant has filed no objections.

## DISCUSSION

Where, as here, none of the parties objected to the Magistrate Judge's findings, the Court reviews the Report for clear error. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989). After careful consideration, the Court adopts the

Magistrate Judge's Report.  The Court finds that Judge Hightower's analysis is reasonable and absent of clear error.

Federal Rule of Appellate Procedure 4(b)(1)(A) provides that "a defendant's notice of appeal must be filed in the district court within 14 days after the later of: (i) the entry of either the judgment or the order being appealed; or (ii) the filing of the government's notice of appeal."  However, "[u]pon a finding of excusable neglect or good cause, the district court may – before or after the time has expired, with or without motion and notice – extend the time to file a notice of appeal for a period not to exceed 30 days from the expiration of the time otherwise prescribed by this Rule 4(B)."  Fed. R. App. P. 4(b)(4).  Extensions of time under Rule 4(b)(4) are reviewed for abuse of discretion.  United States v. Clark, 193 F.3d 845, 846 (5th Cir. 1999).

Here, Defendant filed his notice of appeal more than 14 days but less than 30 days after entry of judgment, but he offered no facts or arguments relevant to any finding of excusable neglect or good cause under Rule 4(b)(4).  Accordingly, Judge Hightower recommended that the district court deny Defendant's Motion to Accept Late Filed Notice of Appeal.  (Dkt. # 74 at 2.)  The Court agrees with Judge Hightower's analysis and finds it to be absent of clear error.  U.S. v. Alvarez, 210 F.3d 309, 310 (5th Cir. 2000); United States v. Wiley, No. 23-60068, 2024 WL 400194, at *4 (5th Cir. Feb. 2, 2024) ("[T]he district court

3

must find excusable neglect or good cause to grant a party's request to file a late notice of appeal.").

The Court therefore **ADOPTS** Judge Hightower's recommendation and **DENIES** Defendant's Motion to Accept Late Filed Notice of Appeal.

CONCLUSION

For the reasons given above, the Court **ADOPTS** U.S. Magistrate Judge Susan Hightower's Report and Recommendation (Dkt. # 74) and **DENIES** Defendant's Motion to Accept Late Filed Notice of Appeal (Dkt. # 69).

**IT IS SO ORDERED**.

**DATED:** Austin, Texas, November 17, 2025.

_____
Hon. David Alan Ezra
Senior U.S. District Judge